**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6175**

———————

YOSHEA MAURICE HILL,

Plaintiff - Appellant,

versus

SAM BATTS, Assistant Warden; BETTY ZOLICOFFER,
Building Lieutenant; MR. MERRITT, Complex
Investigator,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (CA-04-763-2)

———————

Submitted:  March 24, 2005          Decided:  March 31, 2005

———————

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Yoshea Maurice Hill, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Yoshea Maurice Hill appeals the district court's orders dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint and denying his motion for reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Hill v. Batts, No. CA-04-763-2 (E.D. Va. Jan. 6 & Jan. 24, 2005).  We deny Hill's petition for an injunction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED